

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DAVID SKUTNIK &    CHAPTER 13
    MISTI M. SKUTNIK

**DEBTORS**    CASE NO. 20-10478-JDW

### ORDER LIFTING STAY AND ABANDONING PROPERTY[Dkt. No. 19]

THIS MATTER came before the Court on OXFORD UNIVERSITY BANK'S ("Movant") Motion for Relief from the Automatic Stay of 11 U.S.C.§362 and Abandonment of Property from Debtor and the bankruptcy estate (Dkt. No. 19). The Movant has represented to the Court that all parties in interest were timely served with the Motion, and no party has objected to the Motion by the deadline set by the Court. The automatic stay is therefore lifted, and the property abandoned from the bankruptcy estate.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that the Motion is granted as to terminating the stay and granting the following:

1.    Relief from the stay for all purposes allowed by the note and deed of trust, substitute trustee's deed, and applicable law, including but not limited to allowing Movant to

proceed under non-applicable bankruptcy law *other than a suit to collect any deficiency, which shall be pursued only by the filing of a proof of claim in this Court.* ~~to enforce its remedies to foreclose and remove the Debtor from the Property.~~

(JDW)

~~2.~~    That the 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

3.    That the property is deemed abandoned by the trustee as an asset of the bankruptcy estate effective upon entry of this Order.

#ENDOFORDER#

SUBMITTED BY:

ROBERT H. LOMENICK, JR., MSB 104186
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /rlomenick@gmail.com
ATTORNEY FOR MOVANT