**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In Re: DAVID M. SKUTNIK and** | **CHAPTER 13** |
| **MISTI M. SKUTNIK** | **NO: 20-10478 JDW** |

**NOTICE OF FILING AMENDED CHAPTER 13 PLAN AND**
**MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

☐ Check if this an amended notice.

The above-named Debtors have filed an *Amended Chapter 13 Plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above-referenced case (see attachment).

Any objection to confirmation of the Plan or the Motions contained therein shall be filed in writing with the Clerk of Court at 703 Hwy. 145 North, Aberdeen, MS 39730 within 30 days from the date of this notice of the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 3091), whichever is later. Copies of the objection must be served on the Trustee, US Trustee, Debtor and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on a date, time, and location to be set by the Court. If no objection is timely filed, the Plan may be confirmed without a hearing.

| | |
|---|---|
| /s/ Robert Gambrell | Dated: 05/11/2020 |
| Robert Gambrell, Atty for Debtors, | |
| MS Bar #4409 | |
| GAMBRELL & ASSOCIATES, PLLC | |
| 101 Ricky D. Britt Blvd., Ste. 3 | |
| Oxford, MS 38655 | |
| Ph: (662)281-8800 / Fax: (662)202-1004 | |
| rg@ms-bankruptcy.com | |

# CERTIFICATE OF SERVICE OF NOTICE OF FILING OF AMENDED
# CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

    I, ROBERT GAMBRELL, Attorney for the above listed Debtors, do hereby certify that the following have been served electronically via ECF with a copy of this Notice of Filing Amended Chapter 13 Plan and Motions for Valuation and Lien Avoidance along with a copy of the Amended Chapter 13 Plan to:

    David W. Asbach, Acting U. S. Trustee
    Locke D. Barkley, Chapter 13 Trustee
    and to all parties that have entered an appearance requesting service via ECF

    I, further certify that I have this date mailed postage prepaid, a true and correct copy of said Amended Chapter 13 Plan to all creditors shown on the master address list attached hereto.

    This the 11th day of May, 2020.

                                               BY:  /s/ Robert Gambrell
                                                     ROBERT GAMBRELL

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **David M Skutnik** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | **Misti M Skutnik** |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | **20-10478** |
| (If known) | |

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.

**3.5**

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance

12/17

## Part 1: Notices

**To Debtors:** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.**
In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**
You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**
The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __**40**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtors will pay __**$841.00**__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**DIRECT PAY**

**2.3    Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.
☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.
☐ Debtor(s) will treat income refunds as follows:

| Debtor | **David M Skutnik** | Case number | **20-10478** |
|---|---|---|---|
| | **Misti M Skutnik** | | |

**2.4  Additional payments.**

   *Check one.*
      ☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

### Part 3:  Treatment of Secured Claims

**3.1  Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

   *Check all that apply.*
☑   **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2  Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

      ☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
      ***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

      ☐ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

      The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| -NONE- | | | | | 6.75% |

*Insert additional claims as needed.*
#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
For vehicles identified in § 3.2: The current mileage is _____

**3.3  Secured claims excluded from 11 U.S.C. § 506.**

   *Check one.*
      ☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
      ☑ The claims listed below were either:

      (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or
      (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

      These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| Capital One Auto Finance | 2015 Toyota Tundra: with over 92,000 miles | $25,425.00 | 6.75% |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.
*Insert additional claims as needed.*

**3.4  Motion to avoid lien pursuant to 11 U.S.C. § 522.**
   *Check one.*
      ☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

| Debtor | **David M Skutnik** | Case number | **20-10478** |
|---|---|---|---|
| | **Misti M Skutnik** | | |

**3.5    Surrender of collateral.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **Oxford University Bank** | **141 Lakes Dr. S., Oxford, MS  together with a 4 bedroom home and out building** |
| **Portfolio Recovery Associates** | **141 Lakes Dr. S., Oxford, MS  together with a 4 bedroom home and out building** |
| **Capital One Auto Finance** | **2013 BMW 328i** |

*Insert additional claims as needed.*

### Part 4: Treatment of Fees and Priority Claims

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3    Attorney's fees.**

☑ No look fee:   **3,600.00**

    Total attorney fee charged:   $**3,600.00**

    Attorney fee previously paid:   $ **790.00**

    Attorney fee to be paid in plan per confirmation order:   $**2,810.00**

☐ Hourly fee: $____.  (Subject to approval of Fee Application.)

**4.4    Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑    **None.** If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5    Domestic support obligations.**

☑    **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1    Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $
☑ **0.00** % of the total amount of these claims, an estimated payment of $ **0.00**
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2    Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

☑    **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

| Debtor | David M Skutnik | Case number | 20-10478 |
|---|---|---|---|
|  | Misti M Skutnik |  |  |

### Part 6: Executory Contracts and Unexpired Leases

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7: Vesting of Property of the Estate

**7.1** **Property of the estate will vest in the debtor(s) upon entry of discharge.**

### Part 8: Nonstandard Plan Provisions

**8.1** **Check "None" or List Nonstandard Plan Provisions**

☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

### Part 9: Signatures:

**9.1** **Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| | |
|---|---|
| X **/s/ David M Skutnik** | X **/s/ Misti M Skutnik** |
| **David M Skutnik** | **Misti M Skutnik** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **February 20, 2020** | Executed on **February 20, 2020** |
| **141 Lakes Dr. S.** | **141 Lakes Dr. S.** |
| Address | Address |
| **Oxford MS 38655-0000** | **Oxford MS 38655-0000** |
| City, State, and Zip Code | City, State, and Zip Code |
| Telephone Number | Telephone Number |
| X **/s/ Robert Gambrell** | Date **February 20, 2020** |
| **Robert Gambrell 4409** | |
| Signature of Attorney for Debtor(s) | |
| **101 Ricky D Britt Sr Blvd, Ste 3** | |
| **Oxford, MS 38655-4236** | |
| Address, City, State, and Zip Code | |
| **662-281-8800** | **4409 MS** |
| Telephone Number | MS Bar Number |
| **rg@ms-bankruptcy.com** | |
| Email Address | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 20-10478-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Mon May 11 04:51:32 CDT 2020 | Ally Financial<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Barclays Bank Delaware<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| C Spire Wireless<br>P.O. Box 159<br>Meadville, MS 39653-0159 | CACH, LLC<br>6300 S Syracuse Way<br>Suite 300<br>Englewood, CO 80111-6723 | CACH, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| CW Nexus Credit Card Holdings, LLC<br>101 Crossways Park Dr W<br>Holdings I, LLC<br>Woodbury, NY 11797-2020 | Capital One Auto Finance<br>PO Box 259407<br>Plano, TX 75025-9407 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Comenity Bank - Ulta<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Credit One Bank<br>P.O. Box 60500<br>City Of Industry, CA 91716-0500 | First National Credit Card<br>P.O. Box 5097<br>Sioux Falls, SD 57117-5097 |
| First Savings Bank - Blaze<br>P.O. Box 596<br>Sioux Falls, SD 57101-0596 | Indigo - Celtic Bank<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 | Jones & Schneller, PLLC<br>126 North Spring Street<br>Holly Springs, MS 38635-2310 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management<br>2365 Northside Dr.<br>Ste. 300<br>San Diego, CA 92108-2709 |
| Midland Funding, LLC<br>2365 Northside Dr.<br>Ste. 300<br>San Diego, CA 92108-2709 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Oxford University Bank<br>c/o Robert Lomenick<br>PO Box 417<br>Holly Springs, MS 38635-0417 | Oxford University Bank<br>2301 West Jackson Ave<br>Oxford, MS 38655-5417 | PANOLA MEDICAL CENTER<br>PO BOX 5067<br>KINGPSORT, TN 37663-0067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Panola Medical Center<br>P.O. Box 5067<br>Kingsport, TN 37663-0067 | Portfolio Recovery Associates, LLC<br>Dept 992<br>PO Box 4115<br>Concord, CA 94524-4115 |

```
Professional Therapy Services          Quantum3 Group LLC as agent for       Quantum3 Group LLC as agent for
P. O. Box 2273                         Velocity Investments LLC              Comenity Capital Bank
Ridgeland, MS 39158-2273               PO Box 788                            PO Box 788
                                       Kirkland, WA  98083-0788              Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for        Quantum3 Group LLC as agent for       Rausch, Sturm, Israel, Enerson, & Hornik
GPCC I LLC                             Bluestem and SCUSA                    P.O. Box 312277
PO Box 788                             PO Box 788                            Enterprise, AL 36331-2277
Kirkland, WA  98083-0788               Kirkland, WA  98083-0788


Resurgent Capital Services             Smith Rouchon & Associates            TBOM/Fortiva
PO Box 1269                            1456 Ellis Ave.                       P.O. Box 105555
Greenville, SC 29602-1269              Jackson, MS 39204-2204                Atlanta, GA 30348-5555


(p)LCI                                 Webbank/Fingerhut
PO BOX 1931                            6250 Ridgewood Road
BURLINGAME CA 94011-1931               Saint Cloud, MN 56303-0820
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Mission Lane Tab Bank                  PORTFOLIO RECOVERY ASSOCIATES, LLC    (d)Portfolio Recovery Associates
101 2nd St., Suite 350                 P O B 41067                           P.O. Box 41067
San Francisco, CA 94105                NORFOLK, VA 23541                     Norfolk, VA 23541-1067


(d)Portfolio Recovery Associates, LLC  Tea Olive, LLC
POB 41067                              PO BOX 1931
Norfolk VA 23541                       Burlingame, CA 94011
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Capital One Auto Finance, a division of   (d)Capital One Bank              (d)Midland Credit Management, Inc.
AIS Portfolio Services, LP                   P.O. Box 30281                   2365 Northside Drive, Ste 300
4515 N Santa Fe Ave. Dept. APS               Salt Lake City, UT 84130-0281    San Diego, CA 92108-2709
Oklahoma City, OK 73118-7901


(d)Onemain                                   End of Label Matrix
PO Box 3251                                  Mailable recipients    40
Evansville, IN 47731-3251                    Bypassed recipients     4
                                             Total                  44
```